**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**RAZORBACK MOISTURE,**
A California General Partnership                                                                          **PLAINTIFF**

v.                                          Case No. 4:12-cv-158- KGB

**GRAPHIC PACKAGING**
**INTERNATIONAL, INC.**                                                                                   **DEFENDANT**

## ORDER

On the Court's own motion, this matter is removed from the trial docket for the week of July 29, 2013. The parties in their pretrial disclosures indicate this matter will take four or five days to try to a jury. To allow sufficient time for the presentation of this case, the Court continues the trial on its own motion. The trial of this matter will be reset by separate order.

IT IS SO ORDERED this the 16th day of July, 2013.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE