IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**RAZORBACKS,**
A California General Partnership                                                                              **PLAINTIFF**

v.                          Case No. 4:12-cv-00158-KGB

**GRAPHIC PACKAGING
INTERNATIONAL, INC.**                                                                                          **DEFENDANT**

## ORDER

Before the Court is the parties' joint motion for order of dismissal with prejudice (Dkt. No. 131). The parties have reached a settlement in this matter, and pursuant to the terms of this settlement, plaintiff agrees to dismiss this action with prejudice. For good cause shown, the parties' joint motion is granted, and this action is dismissed with prejudice.

SO ORDERED this the 5th day of May, 2014.

_____
KRISTINE G. BAKER
UNITED STATES DISTRICT JUDGE